IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**CRYESHA MCDONALD and CHANTAL
LEWIS, on behalf of themselves and all
others similarly situated**                          **PLAINTIFFS**

**VS.**                                       **CIVIL ACTION NO. 3:18cv852-DPJ-FKB**

**TRUSTMARK NATIONAL BANK**                          **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO SERVE RESPONSIVE PLEADING**

Defendant Trustmark National Bank ("Trustmark") requests an extension of time until February 16, 2019 to serve its responsive pleading pursuant to Fed. R. Civ. P. 12.  Counsel for Plaintiffs have advised they do not oppose the requested extension.

ACCORDINGLY, Trustmark requests it be granted an extension of time until February 16, 2019 to serve its responsive pleading pursuant to Fed. R. Civ. P. 12.

Respectfully submitted,

**TRUSTMARK NATIONAL BANK**

By:    */s/ M. Patrick McDowell*
        One of Its Attorneys

OF COUNSEL:

R. David Kaufman, MSB No. 3526
W. Trey Jones, MSB No. 99185
M. Patrick McDowell, MSB No. 9746
Cody C. Bailey, MSB No. 103718
Jacob A. Bradley, MSB No. 105541
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
P.O. Drawer 119
Jackson, MS 39205
Telephone: (601) 948-3101
Facsimile: (601) 960-6902

03191113

dkaufman@brunini.com
tjones@brunini.com
pmcdowell@brunini.com
cbailey@brunini.com
jbradley@brunini.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2018, I electronically filed the foregoing document with Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

>*/s/ M. Patrick McDowell*
>M. Patrick McDowell